UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER SCOTT SELLERS**<br><br>*Defendant.* | Case: 1:25-mj-00254<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 10/23/2025<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Matthew Lee, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging CHRISTOPHER SCOTT SELLERS with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, while residing outside of the District of Columbia, on or about May 12, 2025, SELLERS knowingly distributed material involving the sexual exploitation of minors via the chatting application Signal into the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4.      I am a special agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since 2017. I am currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") at the Washington Field Office, where I am responsible for investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation. I completed the FBI Basic Field Training Course in Quantico, Virginia, where I received twenty-one weeks of training in the investigation of various crimes. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by CHRISTOPHER SCOTT SELLERS ("the Subject") and others known and unknown.

**PROBABLE CAUSE**

7. In June 2025, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued search warrant 25-sw-185, authorizing the search of a residence and person (hereafter, "SUBJECT 1") in Washington, DC. The warrant concerned violations of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) committed by SUBJECT 1. During the execution of the search warrant, which also authorized the search of digital devices contained within the residence and on SUBJECT 1's person, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Signal Messenger application ("Signal").[1] That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint.

8. Among other digital devices, SUBJECT 1's cell phone and laptop computer were seized by the FBI, as authorized by the warrant. Through review of the digital devices, which remains ongoing, the FBI learned that SUBJECT 1 was part of a Signal group chat called "bama vault," which appeared to be dedicated to sharing photos and videos of child pornography.

9. I reviewed SUBJECT 1's Signal account that was contained in his cell phone. That review revealed that, on January 19, 2025, a Signal user known as "C S" added SUBJECT 1 to the "bama vault" Signal group chat. On that same day, "C S" sent more than 10 videos depicting child

---

[1] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

pornography to the "bama vault" group. The thumbnail of at least one of those videos shows an adult male's erect penis penetrating the anus of a minor male.

10.     For example, one of these videos lasts approximately two minutes and 46 seconds. The video shows an adult male holding an infant male. Approximately 23 seconds into the video, the adult male uses his erect penis to penetrate the anus of the infant male. The adult male continues to penetrate the infant male for the remainder of the video.

11.     From January 19, 2025, to at least June 3, 2025, "C S" sent more than 50 child pornography videos to the "bama vault" group. These included, but were not limited to, videos showing adult males penetrating the anuses of minor males, videos showing adult males placing their erect penises in the mouths of minor males, and videos of minor males placing their erect penises in the mouths of other minor males.

12.     For example, on or about May 12, 2025, at approximately 6:06am Eastern Time, "C S" sent a video to the "bama vault" group. I have reviewed this video, which lasts approximately 28 seconds. Throughout the video, a minor male is lying on his back while wearing only a tank top shirt. The video shows the minor male's erect penis, scrotum, and anus. During the video, an adult male inserts his erect penis into the minor male's anus. I believe the minor male is a minor due to his small size, facial features, and lack of pubic hair.

13.     During the investigation of SUBJECT 1, United States Magistrate Judge Zia M. Faruqui of the District of Columbia issued search warrant 25-SC-1302, which authorized the search of global positioning system information associated with SUBJECT 1's cell phone. I received these records from SUBJECT 1's telephone service provider and reviewed them. According to those records, on May 12, 2025, location information for SUBJECT 1's cell phone was obtained at approximately 1:21am and 7:41am (*i.e.*, before and after "C S" sent the video

described above). At both times, SUBJECT 1's cell phone was located within the District of Columbia. Accordingly, there is probable cause to believe that, when "C S" sent the video described above, at least one of the Signal users to whom "C S" sent the video was located within the District of Columbia.

14. From July 21, 2025, to at least August 5, 2025, an FBI online covert employee (OCE) communicated with "C S" on Signal while posing as SUBJECT 1. A portion of that conversation is shown below, in relevant part.

OCE: *Heyyyyy me again*

C.S.: *Hey hey*

OCE: *How are you? Long time no chat*

C.S.: *Trying to behave haha*

OCE: *Naughty*

OCE: *Me too haha*

C.S.: *I do miss the pedo brotherhood*

OCE: *It's one of a kind*

OCE: *Taking a break?*

C.S.: *Just got behind at work*

OCE: *That'll happen. I was a menace when I was working from home*

C.S.: *Haha*

OCE: *Fucking edging all day*

C.S.: *Any real-life pedo buddies these days*

…

C.S.: *What's your telegram*

OCE: [OCE provides SUBJECT 1's Telegram username.]

OCE: *You?*

C.S.: *I hit yo up*

15. "C S" sent the message "*I hit yo up*" to the OCE at approximately 12:49pm. Less than one minute later, also at approximately 12:49pm, Telegram user @BamaPerv, with a display name of "C S" initiated a conversation with the OCE on Telegram. This conversation is shown below, in relevant part.

@BamaPerv: *Hey perv*

OCE: *Hey perv*

@BamaPerv: *Yeah*

@BamaPerv: *FYI my Notifications off here*

OCE: *Ok cool.*

16. The user profile for @BamaPerv became visible to the OCE once @BamaPerv initiated this conversation. That user profile showed the telephone number 205-538-XXXX, which was linked to @BamaPerv's Telegram account.

17. On or about September 2, 2025, a member of the CEHTTF served an administrative subpoena to TalkTone[2] for the phone number 205-538-XXXX. On or about September 4, 2025, TalkTone provided responsive documents, which indicated that the TalkTone account for 205-538-XXXX had another telephone number listed in the account profile. That additional phone number was 334-320-XXXX.

---

[2] TalkTone is a voice over internet protocol (VoIP) service that allows users to place voice calls and send text messages using their internet connection instead of a traditional phone number. I know, based on training and experience, that these services often require users to provide a traditional phone number when creating these VoIP accounts.

18. On September 8, 2025, a member of the CEHTTF served an administrative subpoena to Verizon for records associated with 334-320-XXXX. On September 25, 2025, Verizon provided responsive records, which indicated 334-320-XXXX has been assigned to SELLERS since 2004.

19. Additionally, during the OCE's Signal conversation with "C S," the OCE asked "C S" if he had any dating application profiles. "C S" advised that he had an account on a platform identified herein as "Platform A." "C S" said his username on that platform was "Bamataboo."

20. On or about July 30, 2025, a member of the CEHTTF served an administrative subpoena to Platform A for records related to the "Bamataboo" account. On or about September 18, 2025, Platform A provided records that indicated that, on or about July 23, 2025, the "Bamataboo" account had been accessed from the IP address 68.207.139.245.

21. On or about September 22, 2025, a member of the CEHTTF served an administrative subpoena on Charter Communications for records related to the IP address 68.207.139.245. On or about September 26, 2025, Charter Communications provided responsive records, which indicated that, from February 17, 2025, to September 24, 2025, the IP address 68.207.139.245 was assigned to SELLER's residence in Coosada, Alabama.

22. According to an insurance claim database, in October 2023, SELLERS provided the phone number 334-320-XXXX on a property/casualty claim filed for his vehicle.

23. Additionally, SELLERS lives in Coosada, Alabama. I know that "bama" as used in the Signal group "bama vault," the Telegram username "@BamaPerv," and the Platform A profile "Bamataboo" is short for Alabama.

24. SELLERS initials are C.S., which corresponds to the username "C S" used on both the Signal and Telegram applications.

## **CONCLUSION**

25. For the reasons set forth above, I submit that probable cause exists to believe that on or about May 12, 2025, while residing outside the District of Columbia, SELLERS knowingly distributed material involving the sexual exploitation of minors via the messaging application Signal into the District of Columbia, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1). I respectfully request that a criminal complaint be issued for SELLERS.

Respectfully submitted,

_____
Matthew Lee
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on October 23, 2025.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge